Jazmin Luna
Nevada Bar No. 16920
Constangy, Brooks, Smith & Prophete, LLP
550 West C Street, Suite 1400
San Diego, CA 92101
Telephone:  619-356-5622
jluna@constangy.com

Maureen R. Knight
(*Pro Hac Vice* Motion to Follow)
Constangy, Brooks, Smith & Prophete, LLP
12500 Fair Lakes Circle, Suite 300
Fairfax, Virginia 22033
Telephone:  571-522-6106
mknight@constangy.com

Mark A. Hutchison (4639)
Piers R. Tueller (14633)
HUTCHISON & STEFFEN, PLLC
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:     (702) 385-2500
Fax:     (702) 385-2086
mhutchison@hutchlegal.com
ptueller@hutchlegal.com

ATTORNEYS FOR DEFENDANT

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Derrick Rodriguez,<br><br>Plaintiff,<br><br>v.<br><br>Ryder Truck Rental, Inc.,<br><br>Defendant. | Case Number<br>2:26-CV-00006-JCM-MDC<br><br><br>**DEFENDANT RYDER TRUCK RENTAL, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

Defendant Ryder Truck Rental, Inc. ("Defendant") respectfully moves this Court for an Order extending the deadline for Defendant to file a responsive pleading to Derrick Rodriguez's ("Plaintiff") (collectively, "the Parties") Complaint in this matter up to and including March 2, 2026. In support of its Motion, Defendant states:

1.      Defendant was served with the Complaint on January 8, 2026, making the deadline for a responsive pleading January 29, 2026.

14083845v1

2.      The Parties are engaging in settlement discussions and believe that additional time may facilitate resolution of this matter without the need for further litigation.

3.      This Motion is not made for the purpose of delaying the adjudication of this case or for any other improper purpose and is made in good faith.  Plaintiff will suffer no prejudice if the Court grants this Motion.

4.      Defendant has not requested any prior extension of the case deadline set forth herein.

5.      Counsel for Defendant has conferred with counsel for Plaintiff, and counsel for Plaintiff has no objection to the requested 30-day extension.

WHEREFORE, Defendant respectfully requests this Honorable Court grant this Unopposed Motion and extend the responsive pleading deadline for Defendant, up to and including March 2, 2026.

Respectfully submitted this 29th day of January 2026.

Constangy, Brooks, Smith & Prophete, LLP
Hutchison & Steffen, PLLC

/s/ Piers R. Tueller
Jazmin Luna
Maureen R. Knight
Mark A. Hutchison
Piers R. Tueller

ATTORNEYS FOR DEFENDANT

**ORDER**

IT IS SO ORDERED:

Dated:   February 24, 2026

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

2

14083845v1