**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

DERRICK RODRIGUEZ

        Plaintiff(s),

    vs.

RYDER TRUCK RENTAL, INC.

        Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case #2:26-cv-00006-JCM-MDC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

           Maureen R. Knight       , Petitioner, respectfully represents to the Court:
              (name of petitioner)

    1.     That Petitioner is an attorney at law and a member of the law firm of

           Constangy, Brooks, Smith & Prophete, LLP
                     (firm name)

with offices at       12700 Fair Lakes Circle, Suite 210       ,
                    (street address)

       Fairfax       , Virginia              ,    22033   ,
      (city)                (state)           (zip code)

    571-522-6106    ,    mknight@constangy.com   .
  (area code + telephone number)        (Email address)

    2.     That Petitioner has been retained personally or as a member of the law firm by

       Ryder Truck Rental, Inc.       to provide legal representation in connection with
        [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____October 12, 2001_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _Virginia_____ ▼
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Virginia | 10/29/01 | 47053 |
| USDC Eastern District of Virginia | 03/22/02 | 47053 |
| USDC Western District of Virginia | 03/27/02 | 47053 |
| U.S. Court of Appeals for the Fourth Circuit | 03/31/09 | NA |
| U.S. Court of Appeals for the Ninth Circuit | 07/14/11 | NA |
| USDC Eastern District of Wisconsin | 03/05/12 | NA |
| USDC District of Columbia | 09/10/12 | WI0027 |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.  That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.  That Petitioner is a member of good standing in the following Bar Associations.

Virginia Bar.

8.  Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |

(If necessary, please attach a statement of additional applications)

9.  Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.  Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.  Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

/s/ Maureen R. Knight
_____
Petitioner's signature

STATE OF Virginia ▾    )
                        )
COUNTY OF    Fairfax    )

_____ Maureen R. Knight _____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

___11th___ day of ___May___, 2026 .

_____
Notary Public or Clerk of Court

ANKITA BHURTEL
NOTARY PUBLIC
REGISTRATION # 8068012
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
February 25, 2027

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____ Piers R. Tueller _____,
                                                                                            (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____ 10080 West Alta Drive, Suite 200 _____,
                              (street address)

_____ Las Vegas _____, _____ Nevada _____ ▾, _____ 89145 _____,
        (city)                 (state)              (zip code)

_____ 702-385-2500 _____, _____ ptueller@hutchlegal.com _____.
(area code + telephone number)          (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Piers R. Tueller_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

/s/ Madid Gonzalez
(party's signature)

Madid Gonzalez, Assoc Gen Counsel, Ryder Truck Rental
(type or print party name, title)

(party's signature)

(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Piers R. Tueller
Designated Resident Nevada Counsel's signature

14633                          ptueller@hutchlegal.com
Bar number                     Email address

APPROVED:

Dated: June 11, 2026.

UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **MAUREEN ROSS KNIGHT** IS AN ACTIVE MEMBER OF THE VIRGINIA

STATE BAR IN GOOD STANDING.  **MAUREEN ROSS KNIGHT** WAS LICENSED TO PRACTICE LAW IN

VIRGINIA ON **OCTOBER 12, 2001**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY

THE BOARD OF BAR EXAMINERS.

Issued March 30, 2026

*DaVida M. Davis*

DaVida M. Davis
**Director of Regulatory Compliance**